[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  16-16281

_____

D.C. Docket No.  4:15-cv-00034-CDL

ROBERT H. WRIGHT, JR.,

Plaintiff-Appellee,

versus

JOHN GOODRICH, Deputy,
JERALD WATSON,

Defendant-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(April 12, 2017)

Before WILSON and BLACK Circuit Judges, and RESTANI,[*] Judge.

PER CURIAM:

After careful review of the briefs and the record, and having the benefit of oral argument, we find no reversible error.  We have considered all of John Goodrich and Jerald Watson's specifications of error, reviewing de novo the following:

1.  Whether the district court erred in denying Watson and Goodrich qualified immunity on Robert Wright's Fourth Amendment claim?

2.  Whether the district court erred in in denying Watson and Goodrich official immunity on Robert Wright's parallel state law claim?

The decision of the district court is

**AFFIRMED.**

---

[*] Honorable Jane A. Restani, Judge for the United States Court of International Trade, sitting by designation.